McGREGOR W. SCOTT
United States Attorney
DAWRENCE W. RICE, JR.
Assistant U.S. Attorney
Suite 4401, Federal Courthouse
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:07-cr-00309 LJO |
|---|---|---|
| Plaintiff, | ) | GOVERNMENT'S MOTION FOR DISMISSAL OF INDICTMENT AND RECALL OF WARRANT, AND ORDER THEREON. |
| v. | ) | |
| RONALD LEROY APPLEGATE, | ) | |
| Defendant. | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the government moves to dismiss the Indictment against only the above-named defendant in the interest of justice and requests that the warrant for his arrest thereon be recalled. The defendant pled guilty to the firearms offenses charged in the Indictment in the Superior Court of California, County of Calaveras, and was sentenced to 9 years and 8 months in state prison on June 2, 2008.

///

///

///

1

```
DATED: June 18, 2008                    Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

                                        By/s/Dawrence W. Rice, Jr.
                                          DAWRENCE W. RICE, JR.
                                        Assistant U.S. Attorney
```

## ORDER

IT IS ORDERED that the Indictment in 1:07-cr-00309 LJO against the above-named defendant is dismissed in the interest of justice and the arrest warrant thereon recalled.

IT IS SO ORDERED.

**Dated:   June 18, 2008**                    **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE

2